# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONOVAN FREMIN, STAN
GUIDROZ, WILLIAM EDWIN
JUDSON, JR., LUKE LABRUZZO,
JR., RAWLSTON PHILLIPS, III,
AND SALVADOR P. TANTILLO,
III

VERSUS

BOYD RACING, LLC, CHURCHILL
DOWNS LOUISIANA HORSERACING
COMPANY, LLC, LOUISIANA
DOWNS INVESTMENT COMPANY,
LLC, AND OLD EVANGELINE
DOWN, LLC

NO. 2023 CW 0199

APRIL 19, 2023

---

In Re:    Churchill Downs Louisiana Horseracing Company, LLC,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 725,007.

---

BEFORE:    HOLDRIDGE, HESTER, AND GREENE, JJ.

   WRIT DENIED.

CHH
HG

   Holdridge, J. concurs, but notes that it is well settled that a court may not declare a statute unconstitutional in the context of a summary proceeding such as a preliminary injunction hearing. **Barber v. Louisiana Workforce Commission**, 2015-1700 (La. 10/9/15), 176 So.3d 398 (per curiam). The only issue to be considered at a hearing on a preliminary injunction is whether the moving party has met its burden of proving that it will suffer irreparable injury, loss, or damage if the injunction is not issued, that it is entitled to the relief sought as a matter of law, and that it will likely prevail on the merits of the case. **General Motors Acceptance Corp. v. Daniels**, 377 So.2d 346, 348 (La. 1979). Without agreement by the parties on the record to try the petition for declaratory relief at the hearing on the preliminary injunction, the issue of the constitutionality of the act in question will not be ripe for determination at a hearing for preliminary injunction. See **Women's Health Clinic v. State**, 2001-2645 (La. 11/9/01), 804 So.2d 625, 626 (per curiam) citing **Kruger v. Garden Dist. Ass'n**, 99-3344 (La. 3/24/00), 756 So.2d 309, 310-11 (per curiam).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT